**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ARTAK KARAPETYAN,

Petitioner,

v.

WARDEN,

Respondent.

Case No. 5:26-cv-00629-SRM-ACCV

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered DENYING the First Amended Petition.

DATED: August 3, 2026

HON. SERENA R. MURILLO
United States District Judge