JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ARTAK KARAPETYAN,
Petitioner,
v.
WARDEN,
Respondent.

Case No. 5:26-cv-00629-SRM-ACCV

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the petition under 28 U.S.C. § 2241 is DENIED and judgment is entered in favor of Respondents, consistent with the reasons and findings set forth in the July 15, 2026 Report and Recommendation of the United States Magistrate Judge.

DATED: August 3, 2026

HON. SERENA R. MURILLO
United States District Judge